UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | **CV 13-6564 FMO (Ex)** | Date | **September 30, 2013** |
|---|---|---|---|
| Title | **Cedars-Sinai Medical Center v. American Apparel, Inc., et al.** | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge | | |
|---|---|---|---|
| Julieta Lozano | None | | |
| Deputy Clerk | Court Reporter / Recorder | | Tape No. |
| Attorney Present for Plaintiff(s): | | Attorney Present for Defendant(s): | |
| None Present | | None Present | |

**Proceedings:** (In Chambers) Order to Show Cause Re: Remand

On September 06, 2013, this action was removed to this court pursuant to 28 U.S.C. § 1441. However, the jurisdictional allegations appear to be defective because although removal is on the basis of federal question jurisdiction pursuant to 28 U.S.C. § 1331, it appears that the claims may not "arise under" federal law.

Accordingly, IT IS ORDERED that:

1. No later than **October 11, 2013,** defendant shall show cause in writing why this action should not be remanded for the reason noted above. Plaintiff may submit a response in the same time period. If plaintiff wishes to move for remand based on a procedural defect, plaintiff must file a regularly noticed motion for remand no later than **October 6, 2013**. See 28 U.S.C. § 1447(c). **Failure to respond to the OSC by the deadline set forth above shall be deemed as consent to the remand of the action to state court.**

2. A copy of all papers filed with the court shall be delivered to the drop box outside chambers at Suite 520, Spring Street Courthouse, 312 North Spring Street, **no later than 12:00 noon the following business day**. All chambers copies shall comply fully with the document formatting requirements of Local Rule 11-3, including the "backing" requirements of Local Rule 11-3.5. Counsel may be subject to sanctions for failure to deliver a mandatory chambers copy in full compliance with this Order and Local Rule 11-3.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | jloz | | |