**FILED**
CLERK, U.S. DISTRICT COURT
OCT - 7 2013
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CEDARS-SINAI MEDICAL CENTER, a California not-for-profit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN APPAREL, INC., a Delaware corporation, and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO. CV13-6564 FMO (Ex)<br><br>[Honorable Fernando M. Olguin]<br><br>[~~PROPOSED~~] PROTECTIVE ORDER RE: CONFIDENTIAL DOCUMENTS AND INFORMATION |

# [~~PROPOSED~~] PROTECTIVE ORDER

Having reviewed the Stipulation filed jointly by Plaintiff, Cedars-Sinai Medical Center and Defendant, American Apparel Inc., and for good cause showing, IT IS SO ORDERED.

Dated: 10/7/13

*[signature]*

~~Judge of the Central District Court of California~~

United States Magistrate Judge

- 2 -